UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-375 SI |
| v. | ORDER MODIFYING TRAVEL RESTRICTIONS |
| MINHO THOMAS CHO, et al., | |
| Defendants. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that MINHO THOMAS CHO's travel restriction is modified to allow him to travel throughout the State of California. Mr. Cho must seek prior approval from Pretrial Services for overnight travel.

Dated:

_____
SUSAN ILLSTON, Judge
United States District Court