RANDOLPH E. DAAR, SBN 88195
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Facsimile: 415/421-1331

Attorneys for Defendant
MINHO THOMAS CHO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MINHO THOMAS CHO, et al.,<br><br>    Defendants.<br>_____/ | CR 05-0375-SI<br><br>STIPULATION AND ORDER TO<br><u>CONTINUE SENTENCING</u><br><br>Date: November 21, 2008<br>Time: 11:00 a.m.<br>Judge Illston |

    THE PARTIES HEREBY STIPULATE AND AGREE that the Sentencing in the above-entitled matter, presently scheduled for November 21, 2008, shall be continued to February 6, 2008, at 11:00 a.m.

    Counsel is presently facing two medical issues that prevent him from going forward with the sentencing as previously scheduled. Counsel has a ruptured disk and may need surgery in the immediate future. Counsel has also been struggling with severe osteoarthritis in his right knee. Depending on the outcome of the ruptured disk, it is counsel's intention to have knee replacement surgery in early December. Counsel is informed that the recovery period for the knee replacement will be approximately 2 months.

Dated: November 17, 2008

/s/ NICOLE M. KIM
NICOLE M. KIM
Assistant U.S. Attorney

/s/ RANDOLPH E. DAAR
RANDOLPH E. DAAR
Attorney for MINHO THOMAS CHO

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Court